

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00742-CV

Sarah A. **SMITH-BRAGG**,
Appellant

v.

Richard R. **BRAGG**,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 20-03-7912-CCL
Honorable Mark Cashion, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the portion of the trial court's July 11, 2022 order—which merged into its final enforcement order signed on May 10, 2023—granting appellee Richard R. Bragg possession of the 2015 Ford Expedition, VIN: 1FMJK1JT0FEF38668, is REVERSED. We RENDER judgment that the portion of the enforcement order pertaining to the vehicle is void and VACATED. The remainder of the trial court's May 10, 2023 order is AFFIRMED. Costs of appeal are assessed against appellee Richard R. Bragg.

SIGNED December 23, 2024.

_____
Irene Rios, Justice